IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| SOPHIE MEYERS as Personal Representative of and on behalf of the ESTATE OF SARAH ASKOAK, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN NURSING SERVICES, INCORPORATED and YUKON-KUSKOKWIM HEALTH CORPORATION, <br><br> Defendants. | Case No. 4BE-09-243 CI |

## COMPLAINT FOR DAMAGES

COMES NOW plaintiff, Sophie Meyers, as personal representative of and on behalf of the ESTATE OF SARAH ASKOAK, by and through counsel VALCARCE LAW OFFICE, for her suit against the defendants hereby alleges as follows:

1. On or about May 11, 2009, Sophie Meyers was appointed personal representative of the Estate of Sarah Askoak in case number 4BE-09-64 ES.

2. That plaintiff, at all times relevant hereto, was a resident of Russian Mission, Alaska, in the Fourth Judicial District.

3. That defendant AMERICAN NURSING SERVICES INCORPORATED ("AMERICAN NURSING"), is an Alaska corporation, and at all times relevant to the facts of this complaint, was doing business in Bethel, Alaska, in the Fourth Judicial

District. Its registered agent for service of process is Steve Clinehens, 2605 Denali Street, Suite 101, Anchorage, Alaska, 99503.

4. That defendant YUKON-KUSKOKWIM HEALTH CORPORATION ("YKHC") is an Alaska non-profit corporation, and at all times relevant to the facts of this complaint, was doing business in Bethel, Alaska, in the Fourth Judicial District. Its registered agent for service of process is Birch Horton, 1127 West Seventh Avenue, Anchorage, Alaska, 99501.

5. At all times relevant to the allegations set forth below, Jan Kiser, was employed and working for, and otherwise acting within the scope of her employment, for the defendant AMERICAN NURSING, as a registered nurse.

6. At all times relevant to the allegations set forth below, defendant AMERICAN NURSING was an agent of, working on behalf of, or otherwise serving the defendant YKHC.

7. That the events which are the subject of this action occurred within the City of Bethel, Alaska, in the Fourth Judicial District.

8. On or about February 23, 2008, Sarah Askoak was transported by medivac from her village of Russian Mission, Alaska, to YKHC's hospital facility in Bethel, Alaska, because of complaints of bronchitis and respiratory problems. Sarah Askoak was admitted to the YKHC hospital for in-patient care.

9. On or about February 27, 2008, while under the care of the employees, agents, and servants of AMERICAN NURSING and YKHC, Sarah Askoak fell from

Estate of Askoak v. American Nursing and YKHC
Complaint for Damages

4BE-09-242 CI
Page 2 of 4

her hospital bed, and was otherwise injured as noted herein. Sarah Askoak sustained a severe hip injury, femur fracture, and other physical damages.

## MEDICAL NEGLIGENCE

10. Plaintiff realleges and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs.

11. Defendant AMERICAN NURSING through its employees, agents and servants, was negligent in its acts and omissions, including but not limited to:

   a. Failure to follow reasonable safety precautions;

   b. Failure to act and provide care;

   c. Failure to keep, store and maintain medical records;

   d. Failure to act with due care in providing medical care and treatment

12. As a direct and proximate result of the negligence of Defendant AMERICAN NURSING, Sarah Askoak sustained permanent injury and impairment, mental pain and suffering, emotional distress, loss of enjoyment of life, medical and rehabilitative costs, and other economic and non-economic damages, all to her damage in excess of One Hundred Thousand Dollars ($100.000.00), the exact amount to be determined at trial.

13. Plaintiff realleges and incorporates by reference each and every allegation contained herein above as though fully set forth herein, and further alleges that at all times described herein Jan Kiser was acting as an agent, servant and/or employee of defendant AMERICAN NURSING. Therefore, AMERICAN NURSING

Estate of Askoak v. American Nursing and YKHC  
Complaint for Damages

4BE-09-242 CI  
Page 3 of 4

Case 4:09-cv-00045-RRB   Document 1-4   Filed 10/16/09   Page 3 of 4

Exhibit B  
Page 3 of 4

is vicariously liable to plaintiff for each and every act of Jan Kiser alleged herein, and all injuries and damages caused thereby or resulting there from.

14. Jan Kiser and defendant AMERICAN NURSING were serving YKHC, and thus, were aided in the commission of acts injurious to Sarah Askoak described above by an agency relationship with defendant YKHC. Accordingly, YKHC is vicariously liable to the Estate of Sarah Askoak for each and every act of their agents as alleged herein, and all injuries and damages caused thereby or resulting there from.

WHEREFORE, plaintiff requests the following relief from this Court:

1. For past economic and non-economic damages from defendants in an amount to be determined at trial but in any event greater than $100,000.00;

2. For costs, interest and attorney's fees in bringing this action; and

3. For such other relief as the court considers appropriate.

DATED this 5 day of June 2009 at Bethel, Alaska.

VALCAREC LAW OFFICE, LLC
Attorney for Plaintiff

Heather Sia
ABA No. 0505036

Estate of Askoak v. American Nursing and YKHC
Complaint for Damages

4BE-09- 242 CI
Page 4 of 4