KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOPHIE MEYERS as Personal Representative of and on behalf of the ESTATE OF SARAH ASKOAK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NURSING SERVICES, INCORPORATED and YUKON-KUSKOKWIM HEALTH CORPORATION,<br><br>Defendants,<br><br>AMERICAN NURSING SERVICES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Third-Party Defendant. | Case No. 4:09-cv-00045-RRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, via undersigned counsel, stipulate and agree that all claims that were asserted or that could have been asserted by Plaintiff against the Defendants and all claims that were

asserted or that could have been asserted by any Defendant against any other Defendant in this action should be dismissed with prejudice and with all parties to bear their own costs, expenses, and attorney's fees.

Respectfully submitted this 1st day of June, 2011, in Anchorage, Alaska.

VALCARCE LAW OFFICE, LLC
Attorneys for Plaintiff

Dated: June 1, 2011        s/Jim Valcarce (consent)
Jim Valcarce, Esq.
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
E-mail: Jim@bushlawyers.com
AK # 9505011

KAREN L. LOEFFLER
United States Attorney

Dated: June 1, 2011        s/Gary M. Guarino
Gary M. Guarino, AUSA
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

RICHMOND & QUINN, P.C.
Attorneys for American Nursing Services

Dated: June 1, 2011        s/Robert L. Richmond (consent)
Robert L. Richmond
360 "K" Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
E-mail: brichmond@richmondquinn.com
AK # 7011069

2

BIRCH HORTON BITTNER AND CHEROT
Attorneys for Yukon Kuskokwim Health Corp.

Dated: June 1, 2011           s/Steven H. Hutchings (consent)
                              Steven H. Hutchings
                              1127 West 7th Ave.
                              Anchorage, AK 99501
                              Phone: (907) 276-1550
                              Fax: (907) 276-3680
                              E-mail: shutchings@bhb.com
                              AK# 7705026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2011
a copy of the foregoing **STIPULATION
FOR DISMISSAL WITH PREJUDICE**
was served electronically on:

Jim Valcarce
Robert Richmond
Stephen Hutchings

s/ Gary M. Guarino.

3