IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOPHIE MEYERS as Personal Representative of and on behalf of the ESTATE OF SARAH ASKOAK,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN NURSING SERVICES, INCORPORATED and YUKON-KUSKOKWIM HEALTH CORPORATION,<br><br>    Defendants,<br><br>AMERICAN NURSING SERVICES, INC.,<br><br>    Third-Party Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Third-Party Defendant. | Case No.4:09-cv-00045-RRB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

UPON CONSIDERATION of the parties' Stipulation for Dismissal with Prejudice,

IT IS ORDERED THAT all claims that were asserted or that could have been asserted by Plaintiff against the Defendants and all claims that were asserted or that could have been asserted by any Defendant against any other Defendant in this action are hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs, expenses, and attorney's fees.

Dated: 6/2/11

S/RRB
Honorable Ralph R. Beistline
U.S. District Court Judge